Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 6549 | **DATE** | 8/29/2001 |
| **CASE TITLE** | In Re: Michael S. Lancellotti | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Because the Clerk's Office has chosen to treat Lancellotti's non-qualifying-complaint by assigned a case number to the matter, this Court will simply dismiss it without prejudice. This means that Lancellotti will not be barred by any preclusive principles if and when he may (1) get his act together, (2) frame an appropriate pleading against an identified defendant or defendants and (3) seek to return to court.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | AUG 3 1 2001 | |
| | Notified counsel by telephone. | | date docketed | 4 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | FILED FOR DOCKETING | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 01 AUG 30 PM 4: 53 | 8/30/2001 | |
| | | | date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re )
)
MICHAEL S. LANCELLOTTI ) No. 01 C 6549
#07146-097 )
)

DOCKETED
AUG 31 2001

MEMORANDUM OPINION AND ORDER

Michael Lancellotti ("Lancellotti") has tendered a 15-page handwritten narrative in which he sets out in considerable detail a large number of grievances of various types in connection with the treatment he is now receiving as a prisoner at Federal Correctional Institution, Oxford, Wisconsin. Although Lancellotti has not framed that document as a complaint--for example, it includes no caption to identify his target defendants, and it does not specify what type or types of relief he seeks (other than asking at the outset for a "Court Order of Injunction" to prevent his being transferred to another institution until "these issues petitioner shall represent are fully adjudicated")--he has captioned the document this way:

> Motion for Relief under §2241 Conditions of Confinement.

Thus the Clerk's Office has understandably affixed a case number to the papers, and the matter has been assigned at random to this Court's calendar.

Lancellotti's label is wrong: This is not a habeas case, for Lancellotti is admittedly (and expressly, see his page 1) aware that his grievances relate to various <u>conditions</u> (and not

to the <u>fact</u>) of his confinement. That being so, and with Lancellotti being a federal prisoner, this Court's potential jurisdiction is really limited to the federal equivalent of the type of claim that may be advanced by state prisoners under 42 U.S.C. §1983--that is, a claim cognizable under the principles exemplified by <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971) and its numerous progeny. And with Lancellotti's claims thus being required to be addressed (if at all) as a civil action, the less-than-formal nature of his submission also includes his not having tendered either (1) the $150 filing fee or (2) the materials required by 28 U.S.C. §1915 to be furnished by any prisoner seeking to proceed in forma pauperis.

That last omission, however, is the product of Lancellotti's misperception that 28 U.S.C. §2241 (the general habeas corpus statute) is his potential source of relief (see the attached photocopy of his forwarding letter to the Clerk of this District Court). This Court is loath to see him waste a filing fee by chasing down that blind alley, particularly when he has not satisfied the statutory precondition to any prisoner's action regarding prison conditions: the exhaustion of "such administrative remedies as are available" (42 U.S.C. §1997e(a)). Although Lancellotti does speak of undertaking some pursuit of such remedies, and he indicates his belief that further efforts are likely to be futile, that does not suffice under established

2

law (see, e.g., Perez v. Wisconsin Dep't of Corrections, 182 F.3d 532, 537 (7th Cir. 1999) and Booth v. Churner, 121 S.Ct. 1819, 1825 n.6 (2001)).

Because the Clerk's Office has chosen to treat Lancellotti's non-qualifying-complaint by assigning a case number to the matter, this Court will simply dismiss it without prejudice. This means that Lancellotti will not be barred by any preclusive principles if and when he may (1) get his act together, (2) frame an appropriate pleading against an identified defendant or defendants and (3) seek to return to court.

                                          _____
                                          Milton I. Shadur
                                          Senior United States District Judge

Date: August 29, 2001

Lancellotti Michael S.
07146-097 F.C.I.
P.O. Box 1000
Oxford, Wi. 53952

FILED
AUG 22 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
AUG 24 2001

01C06549

JUDGE SHADUR
MAGISTRATE JUDGE ROSEMOND

LETTER from plaintiff dated 8/12/01.

Clerk of The Court,

Dear Sir/Ms. Clerk,

I have requested copies of the 2241 forms from the law library here as well as other legal supplies to no avail. I am being slow played by the institution.

I apologize if my handwritten application is troublesome to you. However I felt it necessary to get the issues into the mail before more happened.

Thank you for your patience

Sincerely,
Michael S. Lancellotti
8/12/01

I will be authorizing the institution to pay the fee when you notify them of the need.

Thanks.